UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| YETI Coolers, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>99 Cents Only Stores, LLC and 99 Cents Only Stores Texas, Inc.,<br><br>    Defendant. | Case No. 1:18-cv-00799 |

### YETI COOLERS, LLC'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

The parent corporation of Plaintiff YETI Coolers, LLC is YETI Holdings, Inc. No publicly held corporation owns 10% or more of the stock of YETI Coolers, LLC.

Dated: September 18, 2018

Respectfully submitted,

By: /s/ J. Pieter van Es
Joseph J. Berghammer (admitted in the Western District of Texas)
Illinois Bar No. 6273690
jberghammer@bannerwitcoff.com
J. Pieter van Es (admitted in the Western District of Texas)
Illinois Bar No. 6210313
pvanes@bannerwitcoff.com
Kimberly S. Devine (pro hac vice forthcoming)
Illinois Bar No. 6323813
kdevine@bannerwitcoff.com
Banner & Witcoff, Ltd.
Ten South Wacker Drive
Suite 3000
Chicago, IL 60606-7407
Telephone: (312) 463-5000
Facsimile: (312) 463-5001

**ATTORNEYS FOR YETI COOLERS, LLC**