IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| YETI Coolers, LLC, | : |
| Plaintiff, | : |
| v. | : Case No. 1:18-cv-00799 |
| 99 Cents Only Stores and 99 Cents Only Stores Texas, Inc., | : |
| Defendants. | : |

## **DISCLOSURE STATEMENT OF DEFENDANTS**

Pursuant to Fed. R. Civ. P. 7.1, Defendants 99 Cents Only Stores LLC ("99 Cents Only") and 99 Cents Only Stores Texas, Inc. ("99 Cents Only Texas") (collectively referred to as "Defendants"), declare that they are a parent, subsidiary or other affiliate of a publicly owned corporation as listed below:

Number Holdings, Inc., a Delaware Corporation, is parent to both 99 Cents Only and 99 Cents Only Texas.

Dated: November 15, 2018

Respectfully submitted,

*By: Gilbert A. Greene*
Gilbert A. Greene
State Bar No. 24045976
Brad Thompson
State Bar No. 24046968
DUANE MORRIS LLP
7500 Rialto Boulevard
Building 1, Suite 230
Austin, Texas 78735-8560
Tel.: (512) 277-2300
Fax: (512) 277-2301
*BGreene@duanemorris.com*
*BThompson@duanemorris.com*

1

Boris Zelkind
*(To be Admitted Pro Hac Vice)*
DUANE MORRIS LLP
750 B Street
Suite 2900
San Diego, CA 92101
Tel: (619) 744-2267
Fax: (619) 923-2673
*BZelkind@duanemorris.com*

**COUNSEL FOR DEFENDANTS
99 CENTS ONLY STORES AND 99
CENTS ONLY STORES TEXAS, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Gilbert A. Greene*
Gilbert A. Greene